■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINA L., Appellant. [10 NYS3d 431]—Judgment, Supreme Court, New York County (Renee A. White, J.), rendered September 10, 2013, convicting defendant, upon her plea of guilty, of identity theft in the second degree, and sentencing her to a term of five years' probation, unanimously modified, as a matter of discretion in the interest of justice, to the extent of adjudicating defendant a youthful offender, and otherwise affirmed.

We find the sentence excessive only to the extent it did not include youthful offender treatment. Concur—Acosta, J.P., Renwick, Moskowitz, Manzanet-Daniels and Feinman, JJ.